# Court of Appeals
# of the State of Georgia

ATLANTA, February 15, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0893. JOHNATHAN JAMES v. THE STATE.**

On November 21, 2012, Johnathan James filed this direct appeal from the trial court's October 18, 2012 order revoking his probation. We lack jurisdiction for two reasons.

First of all, an application for discretionary appeal is required to appeal a probation revocation order. OCGA § 5-6- 35 (a) (5); *Andrews v. State*, 276 Ga. App. 428, 431 (1) (623 SE2d 247) (2005). James's failure to comply with the discretionary appeal procedure deprives this Court of jurisdiction to consider this appeal. In addition, a notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rocha v. State*, 287 Ga. App. 446 (1) (a) (651 SE2d 781) (2007). Because James's notice of appeal was filed more than 30 days after entry of the judgment he wishes to appeal, it is untimely. This appeal is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/15/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*